

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00309-CV

Jo Ann **RIVERA**, Victoria Rivera and Philip M. Ross,
Appellants

v.

**SAN ANTONIO WATER SYSTEM**,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-08262
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are assessed against appellants.

SIGNED May 24, 2023.

_____
Lori I. Valenzuela, Justice